**Charles E. Palmer, appellant, v. Fred W. Mateska, appellee. Gen. No. 7,695.**

Assumpsit on promissory note and account stated. Judgment for defendant. Appeal from the Circuit Court of Kankakee county; the Hon. Frederick A. Hill, Judge, presiding. Heard in this court at the October term, 1926. Affirmed. Opinion filed October 25, 1927.

Amos H. Robillard and C. M. Granger, for appellant. T. R. Johnston and C. M. Clay Buntain, for appellee.

Mr. Presiding Justice Jett delivered the opinion of the court.

---

**Cummings and Emmerson, appellant, v. Estella L. Stroud, administratrix of the estate of Walter B. Stroud, deceased, appellee. Gen. No. 7,693.**

Action on promissory notes given for machine. Judgment for defendant on set-off for breach of warranty. Appeal from the City Court of Kewanee county; the Hon. H. S. Pomeroy, Judge, presiding. Heard in this court at the October term, 1926. Reversed and remanded. Opinion filed October 25, 1927.

James N. Cummings and Clarence W. Heyl, for appellant; Heyl & Heyl, of counsel. John T. Cummings, for appellee.

Mr. Justice Boggs delivered the opinion of the court.

---

**Frederick E. Triebel, appellee, v. Estate of Ellen Marion Clisbe Don Meyer, deceased. George R. MacClyment, executor, appellant. Gen. No. 7,768.**

Appeal from judgment allowing against estate a claim founded on contract for sculptor's service and material. Appeal from the Circuit Court of Peoria county; the Hon. Frank Lindley, Judge, presiding. Heard in this court at the April term, 1927. Affirmed. Opinion filed October 25, 1927. Rehearing denied February 6, 1928.

Clarence W. Heyl and Harry C. Heyl, for appellant; Heyl & Heyl, of counsel. Weil, Bartley & Weil, for appellee; Joseph F. Bartley, Leo F. Cavanaugh and Herbig Younge, of counsel.

Mr. Justice Boggs delivered the opinion of the court.

---

**Central Trust & Savings Bank of Geneseo, Illinois, appellee, v. John F. Kincaid, appellant. Gen. No. 7,775.**

Appeal from decree allowing complainant on interpleader to pay fixed sum into court and from dismissal of cross-bill for accounting for profits. Appeal from the Circuit Court of Henry county; the Hon. Charles J. Searle, Judge, presiding. Heard in this court at the April term, 1927. Reversed and remanded with directions. Opinion filed October 25, 1927.

Wood, McNeal & Warner and Joseph L. Shaw, for appellant. Harry E. Brown and Arthur G. Higgs, for appellee.

Mr. Justice Jones delivered the opinion of the court.